COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



SECOND ORDER OF CONTINUING ABATEMENT

Appellate case name:        In the Interest of T.C., a Child, and
                            In the Interest of T.L.C., a Child

Appellate case number:      01-17-00497-CV and
                            01-17-00498-CV

Trial court case number:    2014-71072 and
                            2011-08360

Trial court:                309th District Court of Harris County

On October 5, 2017, the Court issued an order abating these appeals, remanding the cases to the trial court, and instructing it to allow appointed appellate counsel to withdraw. We further instructed the trial court to appoint new counsel to represent appellant on appeal, and have the district clerk prepare a supplemental clerk's record containing that appointment and file it in each appeal no later than October 12, 2017. And, on October 13, 2017, the Court issued another order directing the trial court to appoint new counsel to represent appellant on appeal and have the district clerk file a supplemental clerk's record containing the order appointing new appellate counsel by October 18, 2017. The Clerk of this Court has not received the supplemental clerk's records.

**Accordingly, we direct the trial court to IMMEDIATELY appoint new counsel to represent appellant on appeal and have the district clerk file, in each appeal, a supplemental clerk's record containing an order appointing new appellate counsel no later than MONDAY, OCTOBER 23, 2017.**

**Counsel's brief will be due 20 days from the date that counsel is appointed.** Because these appeals involve parental-termination and child-protection cases, the Court is required to bring the appeals to final disposition within 180 days of June 30, 2017, the date the notices of appeal were filed in this proceedings, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.

1

(Vernon 2013); *see also* TEX. R. APP. P. 28.4. **Accordingly no extensions of time will be granted absent extraordinary circumstances.** *See* TEX. R. APP. P. 38.6(d). Counsel who agrees to handle these appeals should do so only if he or she can satisfy the briefing deadline.

The appeals remain abated, treated as closed cases and removed from this Court's active docket. The appeals will be reinstated without further order of the Court when the supplemental clerk's records containing the trial court's order appointing counsel are filed with this Court.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court


Date: October 19, 2017